11091324 $5.02

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE: VALERIE K. SENECA     BK: 09-10612 B

UNCLAIMED FUNDS

The funds belonging to the estate of the debtor named above, having been disbursed in accordance with applicable orders entered in the said case excepting the individual listed herein:
REFUND CHECK # 15175- (77) FOR $ 5.02
Mailed to: VALERIE SENECA
1139 MILESTRIP RD, IRVING, NY 14081     and it further APPEARING that more than ninety (90) days have elapsed since distribution

Albert J. Mogavero, the trustee herein, hereby remits to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 5.02 IN CHECK # 15373 Representing unclaimed funds belonging to the above-named debtor.

DATED: 2-04-2011

_____
ALBERT J. MOGAVERO
TRUSTEE

FILED
FEB 11 2011
BANKRUPTCY COURT
BUFFALO, N.Y.